**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000373
12-MAR-2024
08:03 AM
Dkt. 153 OGMD**

NO. CAAP-22-0000373

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHRISTOPHER N.S. SALANOA, Claimant-Appellee-Appellee, v.
HAWAIIAN ELECTRIC COMPANY, INC.,
Employer/Self-Insured Appellant-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2019-196; DCD NO. 2-12-00702)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Motion to Dismiss Appeal with Prejudice, filed March 6, 2024, by Employer/Self-Insured Appellant-Appellant Hawaiian Electric Company, Inc., the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice.  Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED:  Honolulu, Hawaiʻi, March 12, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge